# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 NOV 27 PM 4: 36

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>OCTAVIO MOJICA-CARDENAS,<br><br>                Defendant. | CASE NO. 12-cr-03747-BEN<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

     8:1326(a) and (b) - Attempted Reentry of Removed Alien (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/27/12

                                            William V. Gallo
                                            U.S. Magistrate Judge